# IN THE SUPREME COURT OF THE STATE OF DELAWARE

PATRICK SWIER, M.D. and
PATRICK SWIER, M.D., P.A.,

      Defendant Below,
      Appellants,

v.

PATRICIA A. MCLEOD,

      Plaintiff Below,
      Appellee.

§
§
§
§
§
§
§
§
§
§
§
§
§

No. 332, 2016

Court Below - Superior Court
of the State of Delaware

C.A. No. S12C-07-004

Submitted: February 15, 2017
Decided: February 23, 2017

Before **STRINE**, Chief Justice; **HOLLAND** and **VAUGHN**, Justices.

## ORDER

This 23rd day of February 2017, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated January 27, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_James T. Vaughn_
Justice